IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-152-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NATHAN MARTIN SHIKE, | |
| Defendant. | |

Due to issues involving transportation of the Defendant, Nathan Martin Shike, to Billings, Montana,

IT IS HEREBY ORDERED that sentencing currently scheduled for November 10, 2016 at 9:30 a.m., is **VACATED** and reset to commence on **Monday, November 14, 2016 at 9:30 a.m.** in the James F. Battin U.S. Courthouse,

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 10th day of November, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1